

# Notice of Service of Process

KSB / ALL
Transmittal Number: 24887255
Date Processed: 05/09/2022

| | |
|---|---|
| **Primary Contact:** | Venessa C. Wickline Gribble<br>The Kroger Co.<br>1014 Vine Street<br>Cincinnati, OH 45202-1100 |
| **Entity:** | The Kroger Co.<br>Entity ID Number 2171751 |
| **Entity Served:** | The Kroger Company AKA Kroger Limited Partnership D/B/A Kroger Store Number K029 |
| **Title of Action:** | Karen Pannell vs. The Kroger Company AKA Kroger Limited Partnership D/B/A Kroger Store Number K029 |
| **Matter Name/ID:** | Karen Pannell vs. The Kroger Company AKA Kroger Limited Partnership D/B/A Kroger Store Number K029 (12266597) |
| **Document(s) Type:** | Summons/Complaint |
| **Nature of Action:** | Personal Injury |
| **Court/Agency:** | Sullivan County Circuit Court, TN |
| **Case/Reference No:** | C43831 (C) |
| **Jurisdiction Served:** | Tennessee |
| **Date Served on CSC:** | 05/05/2022 |
| **Answer or Appearance Due:** | 30 Days |
| **Originally Served On:** | CSC |
| **How Served:** | Certified Mail |
| **Sender Information:** | George Todd East Attorney at Law<br>423-246-3278 |

Information contained on this transmittal form is for record keeping, notification and forwarding the attached document(s). It does not constitute a legal opinion. The recipient is responsible for interpreting the documents and taking appropriate action.

**To avoid potential delay, please do not send your response to CSC**

251 Little Falls Drive, Wilmington, Delaware 19808-1674  (888) 690-2882  |  sop@cscglobal.com

| Sullivan County | STATE OF TENNESSEE<br>CIVIL SUMMONS<br>page 1 of 1 | Case Number<br>C43831 (c) |
|---|---|---|
| Karen Pannell | Vs. | The Kroger Company aka Kroger Limited Partnership d/b/a Kroger Store Number K029 |

Served On:

The Kroger Company aka Kroger Limited Partnership d/b/a Kroger Store Number K029 via Registered Agent: Corporation Service Company at 2908 Poston Ave, Nashville, TN 37203

You are hereby summoned to defend a civil action filed against you in Kingsport-Circuit Court, Sullivan County, Tennessee. Your defense must be made within thirty (30) days from the date this summons is served upon you. You are directed to file your defense with the clerk of the court and send a copy to the plaintiff's attorney at the address listed below. If you fail to defend this action by the below date, judgment by default may be rendered against you for the relief sought in the complaint.

Issued: April 22, 2022

Clerk / Deputy Clerk

FILED 4/22/22 1:39 pm
Bobby L. Russell DC
CIRCUIT COURT CLERK
SULLIVAN COUNTY, TN

Attorney for Plaintiff: G. Todd East  423-246-3278
121 W Market St Kingsport, TN 37660

### NOTICE OF PERSONAL PROPERTY EXEMPTION

TO THE DEFENDANT(S): Tennessee law provides a ten thousand dollar ($10,000) personal property exemption as well as a homestead exemption from execution or seizure to satisfy a judgment. The amount of the homestead exemption depends upon your age and the other factors which are listed in TCA § 26-2-301. If a judgment should be entered against you in this action and you wish to claim property as exempt, you must file a written list, under oath, of the items you wish to claim as exempt with the clerk of the court. The list may be filed at any time and may be changed by you thereafter as necessary; however, unless it is filed before the judgment becomes final, it will not be effective as to any execution or garnishment issued prior to the filing of the list. Certain items are automatically exempt by law and do not need to be listed; these include items of necessary wearing apparel (clothing) for your self and your family and trunks or other receptacles necessary to contain such apparel, family portraits, the family Bible, and school books. Should any of these items be seized you would have the right to recover them. If you do not understand your exemption right or how to exercise it, you may wish to seek the counsel of a lawyer. Please state file number on list.

Mail list to _____, _____ Clerk, _____ County

### CERTIFICATION (IF APPLICABLE)

I, _____, _____ Clerk of _____ County do certify this to be a true and correct copy of the original summons issued in this case.

Date: _____

Clerk / Deputy Clerk

I HEREBY CERTIFY THIS IS A TRUE AND CORRECT COPY OF THE ORIGINAL FILED IN THIS CAUSE
4/22/22 1:40 pm
Bobby L. Russell
CIRCUIT COURT CLERK

**OFFICER'S RETURN:** Please execute this summons and make your return within ninety (90) days of issuance as provided by law.

I certify that I have served this summons together with the complaint as follows: _____

Date: _____ By: _____
Officer, Title

**RETURN ON SERVICE OF SUMMONS BY MAIL:** I hereby certify and return that on _____, I sent postage prepaid, by registered return receipt mail or certified return receipt mail, a certified copy of the summons and a copy of the complaint in the above styled case, to the defendant _____. On _____ I received the return receipt, which had been signed by _____ on _____. The return receipt is attached to this original summons to be filed by the Court Clerk.

Date: _____

Notary Public / Deputy Clerk (Comm. Expires _____)

Signature of Plaintiff                    Plaintiff's Attorney (or Person Authorized to Serve Process)
                                          (Attach return receipt on back)

*ADA: If you need assistance or accommodations because of a disability, please call _____, ADA Coordinator, at ( ) _____*

Rev. 03/11

IN THE CIRCUIT COURT FOR SULLIVAN COUNTY
AT KINGSPORT, TENNESSEE

KAREN PANNELL, )
)
Plaintiffs, )
)
vs. ) CIVIL ACTION NO. C43831(C)
)
THE KROGER COMPANY AKA )
KROGER LIMITED PARTNERSHIP )
D/B/A KROGER STORE NUMBER K029) )
)
Defendant. )

## COMPLAINT

Comes the Plaintiff and for cause of action against the Defendant would show unto the Court the following:

1. That Plaintiff, Karen Pannell, is a citizen and resident of Kingsport, Sullivan County, Tennessee, residing at 818 Oak St. Apt 119.

2. That Defendant The Kroger Company Aka Kroger Limited Partnership D/B/A Kroger Store Number K029, (hereinafter referred to as "Defendant") is a foreign corporation doing business in Kingsport, Sullivan County, Tennessee, with its principle office located at 1014 Vine Street, Cincinnati, Ohio, 45202-1100.

3. That on or about May 17, 2021 the Defendant was shopping in the above-identified Kroger Store and was at the end of an aisle. She bent over to select Gatorade from the bottom shelf and was placing it on the bottom of her cart when she was violently struck by an employee pushing a stocking cart. The impact of the cart caused the Plaintiff to strike her head.

4. That as a result of the impact, Plaintiff Karen Pannell received serious and disabling injuries to her head, neck, and other parts of her body. The head strike has resulted in problems

with vision. Further, Plaintiff Karen Pannell continues to have pain due to her injuries, and she has suffered great pain and mental anguish, and will continue to do so as a result of the aforementioned injuries.

5. Defendant and their employees are under a duty to Plaintiff Karen Pannell to exercise reasonable care for her protection while she is on Defendant's property. Defendant and their employees knew or by exercise of required or reasonable care should expect customers to bend over while collecting items to purchase from the lower level shelves. While bent over, Plaintiff is defenseless from avoiding carts operated by Defendant's employees. Defendant negligently breached these duties of care owed to Plaintiff Karen Pannell, thereby proximately causing her to suffer the injuries and damages alleged herein.

6. That the injuries sustained by Plaintiff Karen Pannell have been severe, painful, incapacitating and disabling. That in addition to the painful, disabling and physically incapacitating nature and extent of her injuries, Plaintiff Karen Pannell has suffered severe emotional and mental trauma, pain and distress due to the severe nature and extent of her injuries. That the Plaintiff has been denied her right to a full enjoyment of her future lives by virtue of the permanent, disabling and incapacitating nature and extent of Plaintiff Karen Pannell's injuries.

7. That Plaintiff Karen Pannell has incurred hospital, doctor and related medical expenses in the amount of $_____ for the reasonable and necessary medical treatment of her injuries and may incur hospital, doctor, nursing, and related medical expenses in the future due to the severe and permanent nature of her injuries.

8. That Defendant is at fault for failing to use ordinary or reasonable care which proximately caused the injuries and damages sustained by Plaintiff.

WHEREFORE, Plaintiff demands the following:

1. That proper process issue and be served upon the Defendant and that the Defendant be required to appear and answer the Complaint within the time required by law.

2. That Plaintiff Karen Pannell be awarded judgment against the Defendant for compensatory damages in the amount of ONE HUNDRED THOUSAND ($100,000.00) dollars.

3. That the costs of this action be awarded to the Plaintiff.

4. That a jury try this cause.

5. For such further and other general relief to which Plaintiff may be entitled.

KAREN PANNELL

By: /s/ George Todd East
George Todd East (BPR # 012062)
Attorney for Plaintiff
121 West Market Street
Kingsport, TN 37660
(423) 246-3278

I HEREBY CERTIFY THIS IS A TRUE AND CORRECT COPY OF THE ORIGINAL FILED IN THIS CAUSE
Bobby L. Russell
CIRCUIT COURT CLERK

**COST BOND**

I hereby acknowledge myself surety for the costs of this cause not to exceed $500.00.

/s/ George Todd East
GEORGE TODD EAST, ESQUIRE

George Todd East
*Attorney at Law*
121 West Market Street
Kingsport, TN 37660



The Kroger Company aka Kroger Limited Partnership
d/b/a Kroger Store Number K029
via Registered Agent: Corporation Service Company
2908 Poston Ave, Nashville, TN 37203